```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS S. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

        1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3680
        FAX: (510) 637-3724
        molly.priedeman@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL DEHAYDU,<br><br>    Defendant. | NO. 22-cr-00067 JSW<br><br>STIPULATION AND ORDER AS MODIFIED HEREIN CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUIRING FURTHER JOINT STATUS REPORT |

A status conference in the above-captioned case is scheduled for April 5, 2022. Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to May 3, 2022, and that time be excluded under the Speedy Trial Act from April 5, 2022 to May 3, 2022.

The government and counsel for the defendant have agreed that time be excluded under and the Speedy Trial Act so that defense counsel can continue to prepare. The government has produced discovery to defense counsel. For these reasons, the parties stipulate and agree that excluding time until May 3 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from April 5, 2022 to

May 3, 2022, from computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The parties agree to submit a joint status report on May 2, 2022 by 9:00 am responding to the Court's question set out in Dkt. 11.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: April 4, 2022                                   /s/ Molly K. Priedeman
                                                                                       MOLLY K. PRIEDEMAN
                                                                                       Assistant United States Attorney

DATED: April 4, 2022                                   /s/ Graham Archer
                                                                                       GRAHAM ARCHER
                                                                                       Attorney for the Defendant

## ORDER

Based upon the parties' representations and for good cause shown, the Court CONTINUES the status conference set for April 5, 2022 to May 17, 2022.[1] It is also ORDERED that the parties will submit a joint status report on May 10, 2022 responding to the Court's questions set out in Dkt. 11.

Based on the parties' representations, the Court finds that failing to exclude the time from April 5, 2022 to May 3, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 5, 2022 to May 3, 2022, from computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 5, 2022 to May 3, 2022, shall be excluded from computation under the Speedy Trial Act.

If the parties believe the time between May 3, 2022 and May 17, 2022 should be excluded from the Speedy Trial Act calculation, they shall submit a further stipulation and proposed order.

**IT IS SO ORDERED**.

DATED: April 4, 2022

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

---

[1] The Court is not available on May 3, 2022.