JOANNA P. SHERIDAN (CABN 260090)
J.P. SHERIDAN LAW
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 347-2700
Email: joanna@jpsheridanlaw.com

Attorney for Defendant
MICHAEL DEHAYDU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 22-067 JSW |
| Plaintiff, | ) |
| v. | ) JOINT STATUS REPORT, STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND INSTRUCTIONS TO COUNSEL |
| MICHAEL DEHAYDU | ) |
| Defendant. | ) |

The above captioned case is currently scheduled for a telephonic status conference on October 4, 2022. The parties jointly request that the October 4, 2022 status conference be vacated and a change of plea hearing be set for October 11, 2022 at 9:30 am.

The parties are currently discussing a resolution to this case, and defense counsel needs times to review the terms of the proposed resolution. On these grounds, the parties agree and stipulate that the time between October 4, 2022 and October 11, 2022 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv). The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because a failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in reviewing the final plea agreement offered in this case.

IT IS SO STIPULATED.

DATED: September 26, 2022

_/s/_____
JOANNA SHERIDAN
Attorney for Defendant, Michael Dehaydu

DATED: September 26, 2022

_/s/_____
MOLLY PRIEDEMAN
Assistant United States Attorney

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by excluding time from October 4, 2022 to October 11, 2022 outweigh the best interests of the public and the defendant in a speedy and public trial because a failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, it is hereby ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (7)(A) and (B)(iv) from October 4, 2022 to October 11, 2022.  The Court vacates the status conference set for October 4, 2022 and sets a change of plea hearing for October 11, 2022. at 9:30 a.m.  The parties shall email the proposed plea agreement to the JSWPO@cand.uscourts.gov and JSWCRD@cand.uscourts.gov email addresses by 9:00 a.m. on October 7, 2022.

**IT IS SO ORDERED.**

The Court also advises all counsel that they shall consult with this Court's Courtroom Deputy before selecting any future dates to ensure the Court can accommodate a plea on that date.

DATED: ___September 27,___ 2022

_____
THE HONORABLE JEFFREY S. WHITE
Senior United States District Judge

JOINT STATUS CONFERENCE AND STIPULATION AND [PROPSED] ORDER TO EXCLUDE TIME
DEHAYDU, CR 22-067 JSW

2