UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DEHAYDU,<br><br>Defendant. | Case No. 22-cr-00067-JSW-1<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 37 |

The Court has received and considered Defendant's motion for appointment of counsel. Defendant states he seeks counsel to file a motion to "get [his] 922(g) charge dropped due to updates in federal law[.]" The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). The Court has discretion to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B).

Defendant's motion fails to show the interests of justice require appointment of counsel. Accordingly, the Court DENIES the motion without prejudice.

**IT IS SO ORDERED**.

Dated: May 28, 2024

JEFFREY S. WHITE
United States District Judge